UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 1:22-cr- |
| | ) |
| KRISTIN M. BURHOE | ) |

**PROSECUTION VERSION OF THE OFFENSE (18 U.S.C. § 924(a)(1)(A))**

If this case were to proceed to trial, the United States Attorney would establish the following facts through witness testimony, physical evidence, and documentary evidence to prove beyond a reasonable doubt that the defendant, Kristin M. Burhoe, committed the offense of Making False Statements During the Purchase of a Firearm in violation of 18 U.S.C. § 924(a)(1)(A):

The defendant formerly resided at a home located in Jay, Maine. As of December 2021, it had been several months since the defendant resided at the Jay, Maine, residence. Throughout December 2021, the defendant was a user of cocaine base. Cocaine base is a Schedule II controlled substance.

The defendant purchased four firearms from two Federal Firearms Licensees ("FFLs") over a roughly one-week period in December 2021. Each FFL was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in their records. In making her purchases of the four firearms from the FFLs, the defendant executed Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Forms 4473, Firearms Transaction Records, which are required to be kept in the records of the FFLs. The defendant executed the

Forms 4473 and purchased the firearms as follows:

| FFL & Location | Execution Date | Purchase Date | Firearm Details |
|---|---|---|---|
| FFL 1, Turner, ME | Dec. 20, 2021 | Dec. 20, 2021 | Glock, model 19 Gen5, 9mm pistol, serial number BTCW066 |
| FFL 1, Turner, ME | Dec. 21, 2021 | Dec. 21, 2021 | Glock, model 19, 9mm pistol, serial number BUAN822 |
| FFL 2, Jay, ME | Dec. 23, 2021 | Dec. 24, 2021 | Glock, model 19, 9mm pistol, serial number BVGW528 |
| FFL 1, Turner, ME | Dec. 27, 2021 | Dec. 27, 2021 | Glock, model 45, 9mm pistol, serial number BTUG755 |

The defendant falsely certified as true, correct, and complete in Section B, Box 10, of each Form 4473 that her current residence was her former address in Jay, Maine. The defendant falsely certified as true, correct, and complete in Section B, Box 21.e, of each Form 4473 that she was not an unlawful user of, or addicted to, any controlled substance.

Had the case proceeded to trial, the Government would have offered evidence including but not limited to: the testimony of ATF agents, FFL personnel, and percipient witnesses; photographs and physical evidence seized in connection with the investigation, including but not limited to one of the subject firearms; business records provided by one or more FFLs; and an audio-recorded and/or transcribed interview of Defendant.

Dated: April 4, 2022

*/s/ Andrew K. Lizotte*
ANDREW K. LIZOTTE
Assistant United States Attorney