UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  No. 1:22-cr-00043-JAW |
| | ) |
| KRISTIN M. BURHOE | ) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
False Statements During the Purchase of Firearms
(18 U.S.C. § 924(a)(1)(A))

On about December 20, December 21, December 23, and December 27, 2021, in the District of Maine, the defendant,

**KRISTIN M. BURHOE,**

knowingly made false statements and representations to certain Federal Firearms Licensees ("FFLs") licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the FFLs' records. Specifically, the defendant executed Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Forms 4473, Firearms Transaction Records, in connection with her purchases of firearms as follows:

| FFL & Location | Execution Date | Purchase Date | Firearm Details |
|---|---|---|---|
| FFL 1, Turner, ME | Dec. 20, 2021 | Dec. 20, 2021 | Glock, model 19 Gen5, 9mm pistol, serial number BTCW066 |
| FFL 1, Turner, ME | Dec. 21, 2021 | Dec. 21, 2021 | Glock, model 19, 9mm pistol, serial number BUAN822 |
| FFL 2, Jay, ME | Dec. 23, 2021 | Dec. 24, 2021 | Glock, model 19, 9mm pistol, serial number BVGW528 |
| FFL 1, Turner, ME | Dec. 27, 2021 | Dec. 27, 2021 | Glock, model 45, 9mm pistol, serial number BTUG755 |

In each Form 4473, the defendant misrepresented as true, correct, and complete in Section B,

Box 10, that her current residence was an address located in Jay, Maine, when in fact, the defendant did not reside at such address. In each Form 4473, the defendant misrepresented as true, correct, and complete in Section B, Box 21.e, that she was not an unlawful user of, or addicted to, any controlled substance, when in fact, the defendant was then an unlawful user of cocaine base, a Schedule II controlled substance.

Thus, the defendant violated Title 18, United States Code, Section 924(a)(1)(A).

Dated: April 5, 2022

/s/ ANDREW K. LIZOTTE
ANDREW K. LIZOTTE
Assistant United States Attorney